**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00898-CMA-MEH

NANCY IIAMS, and
MICHAEL IIAMS,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, a Colorado insurance corporation,
McRAE AGENCY, a Colorado corporation, and
MICHELLE McRAE, a Colorado resident,

      Defendants.

---

### ORDER FOR REMAND

---

      This matter is before the Court on the parties' Stipulation to Remand this matter to the District Court for the City and County of Denver (Doc. # 20).

      The Court having reviewed the Stipulation, Plaintiffs' Motion to Remand (Doc. # 17), and Defendants' Response thereto (Doc. # 19), and having been fully advised in the premises, finds good cause to remand this matter to state court. Therefore, it is:

      ORDERED that Plaintiffs' Motion to Remand (Doc. # 17) is GRANTED and this matter is REMANDED to the District Court for the City and County of Denver, Colorado.

      IT IS FURTHER ORDERED that the parties shall pay their own attorneys' fees and costs associated with Plaintiffs' Motion to Remand.

      DATED:  May __22__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge